IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RE:  William J Weber, II,                         ) CASE NO. 17-14143
     Shannon L Weber                            ) Judge Janet S. Baer

## AGREED REPAYMENT AND DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of U.S. Bank National Association, the mortgagee on the property located at 672 Juli Dr, South Elgin, IL 60177, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to U.S. Bank National Association of $5,044.84 through February 2018, after crediting the tender of payments made through February 2018. The aforementioned default is calculated as follows:

| | |
|---|---:|
| November 2017 through February 2018 = 4 @ $2,511.21 | $10,044.84 |
| Less funds previously tendered | ($5,000.00) |
| Total default amount remaining | $5,044.84 |

The Debtor shall tender the following payments on or before the following dates:

| | | | |
|---|---|---|---:|
| On or before | March 1, 2018 | One post-petition mortgage payment + | $840.00 |
| On or before | April 1, 2018 | One post-petition mortgage payment + | $840.00 |
| On or before | May 1, 2018 | One post-petition mortgage payment + | $840.00 |
| On or before | June 1, 2018 | One post-petition mortgage payment + | $840.00 |
| On or before | July 1, 2018 | One post-petition mortgage payment + | $840.00 |
| On or before | August 1, 2018 | One post-petition mortgage payment + | $844.84 |

The current post petition mortgage payment is $2,511.21, and may change due to changes in ARM or Escrow if applicable.

2. Payments will begin March 1, 2018. In the event the Debtor defaults in making the payments under paragraph 1, then the Debtor has no right to cure and the Stay shall automatically Modify to U.S. Bank National Association without further Court Order.

3. The aforesaid payments shall be made payable to U.S. Bank National Association and received in the office of U.S. Bank National Association's attorneys, McCalla Raymer Leibert Pierce, LLC, in the form of money orders, certified checks, or cashier's checks.

4. In the event the Stay is Modified to U.S. Bank National Association, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney and the Trustee and file said notice with the Court.

Agreed:

/s/ Dana O'Brien
Attorney for U.S. Bank National Association

/s/ David H Cutler
Attorney for Debtor

Dated: 2/23/18

Entered: /s/ Janet S. Baer
Bankruptcy Judge Janet S. Baer

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602

PA No. BK-007073-17